IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,                     No. CIV S-08-0128 LKK KJM

    vs.

FRANCISCO FERREYRA,

    Defendant.                <u>ORDER</u>

                             /

        On August 28, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed August 28, 2008, are adopted in full;

        2. Plaintiff's motion for entry of default judgment against defendant is granted in the amount of $100,000 in damages; and

/////

1

3. Attorneys' fees are awarded subject to the submission by counsel of an affidavit regarding costs and fees incurred.

DATED: September 30, 2008.

```
                              /s/ Lawrence K. Karlton
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```