IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

      Plaintiff,                    No. CIV S-08-128 LKK KJM

      vs.

FRANCISCO FERREYRA,

      Defendant.               <u>ORDER</u>

_____/

        This matter came on regularly for hearing for a judgment debtor exam. Nathaniel Dunn appeared for plaintiff. No appearance was made for the judgment debtor. Upon review of the file, discussion of counsel, and good cause appearing, IT IS HEREBY ORDERED that:

        1. The judgment debtor exam is continued to January 13, 2010 at 10:00 a.m. in courtroom no. 26. Judgment debtor Francisco Ferreyra is ordered to personally appear at that time to furnish information to aid in enforcement of a money judgment. The judgment debtor shall bring all those documents which are listed in the attachment to the order for examination filed September 28, 2009 (docket no. 29). Failure to appear and produce the documents may result in contempt sanctions.

        2. The Clerk of Court is directed to serve a copy of this order and a copy of the order for examination filed September 28, 2009 (docket no. 29) on the judgment debtor

1 Francisco Ferreyra at 1511 S. Stanislaus Street, Stockton, California   95206 and add the
2 judgment debtor to the court's service list.
3 DATED: November 19, 2009.

_____
U.S. MAGISTRATE JUDGE

006
j&jsports..jde